UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

American Family Mutual Insurance Company, S.I., et al.

Plaintiff,

v.

Case No.: 1:20−cv−03665
Honorable Ronald A. Guzman

Carnagio Enterprises, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 23, 2022:

MINUTE entry before the Honorable Ronald A. Guzman: Pursuant to the parties' stipulation of dismissal with prejudice [108], this civil case is terminated. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.